# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

KRISTY PENNER

        Plaintiff,

  -against-

MIDLAND FUNDING, LLC
A California Corporation

        Defendant.

Civil Action No. 4:15-cv-00035 JM

**NOTICE OF SETTLEMENT**

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that the above-referenced matter has been resolved between the parties pending the exchange and approval of final settlement papers. Plaintiff respectfully requests that the Court retain continuing jurisdiction over this matter pending the prompt filing of a Stipulation / Notice of Dismissal herein.

Dated: February 25, 2015

        Respectfully submitted,

        By:/s/ ToddWooten_____
        Todd Wooten, Esq.   ABN 94034
        **WOOTEN LAW FIRM**
        2226 Cottondale Lane, Suite 210
        Little Rock, Arkansas 722202
        Telephone: (501) 218-6064
        todd@wootenlaw.net

        and

2

                                                By:/s/ J.R. Andrews_____
                                                   J.R. Andrews, Esq.   ABN 92041
                                                   Attorney at Law
                                                   2014 Martha Drive
                                                   Little Rock, Arkansas 72212
                                                   Telephone: (501) 680-3634
                                                   jrandrewsatty@yahoo.com

                                                   Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on this 25th day of February, 2015, a true and accurate copy of the foregoing instrument was filed with the Court's electronic filing system which sent notice of the filing to:

J.R. Andrews, Esq.
Attorney at Law
2014 Martha Drive
Little Rock, Arkansas 72212
jrandrewsatty@yahoo.com

and

Via email:

Jonathan P. Dyal, Esq.
Balch & Bingham, LLP
1310 Twenty Fifth Avenue
Gulfport, MS 39501-1931
jdyal@balch.com

                                                   _/s/ Todd Wooten _____