# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**KRISTY PENNER**                                                                **PLAINTIFF**

V.                                    **4:15CV00035 JM**

**MIDLAND FUNDING LLC**                                                **DEFENDANT**

## ORDER OF DISMISSAL

Having been notified that a settlement has been reached between the parties, the Court finds the case should be dismissed. The Complaint and all claims against the Defendants are hereby dismissed with prejudice.

IT IS SO ORDERED this 17th day of March, 2015.

_____
James M. Moody, Jr.
United States District Judge